# Henry Weiser, Appellant, *v.* John Zeigler.

Argued May 18, 1899. Appeal, No. 208, Jan. T., 1899, by plaintiff, from judgment of C. P. York Co., Aug. T., 1899, No. 5, on case stated. Before GREEN, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

PER CURIAM, July 19, 1899:

The judgment in this case is affirmed on the opinion of the learned court below.